# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-CV-02667-REB-NYW

ALFONSO A. ALARID, PLAINTIFF,

v.

BIOMET, INC., *et al.*,

DEFENDANTS.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

     This civil action comes before the court on the Parties' Stipulated Motion to Amend Scheduling Order's Expert Disclosure Deadlines, filed on July 6, 2015 [#46] (the "Motion"). Pursuant to the Order Referring Case dated October 3, 2015 [#22], the Reassignment dated February 10, 2015 [#35], and the Memorandum dated July 6, 2015 [#47], the Motion is before this Magistrate Judge.

     IT IS ORDERED that the Motion is GRANTED AS FOLLOWS:

(1) The parties shall designate all experts on engineering-related topics and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 10, 2015**;

(2) The parties shall designate all experts on non-engineering-related topics and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 7, 2015**;

(3) The parties shall designate all rebuttal experts on any topics and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 28, 2015**.

DATED: July 8, 2015