**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02667-REB-NYW

ALFONSO A. ALARID,

    Plaintiff,

v.

BIOMET, INC.,
BIOMET ORTHOPEDICS, LLC,
BIOMET MANUFACTURING, LLC,

    Defendants.

**ORDER GRANTING MOTION TO WITHDRAW CLAIMS**

**Blackburn, J.**

    The matter before me is **Plaintiff's Unopposed Motion To Withdraw Claims** [#101],[1] filed December 3, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That **Plaintiff's Unopposed Motion To Withdraw Claims** is granted;

    2.  That the Third, Fourth, Fifth, and Sixth Claims for Relief of the plaintiff are withdrawn from **Plaintiff's First Amended Complaint and Jury Demand** [#5], filed September 26, 2014.

    Dated December 4, 2015, at Denver, Colorado.

                                       **BY THE COURT:**

                                       */s/ Robert E. Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge

---

[1] "[#101]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.