**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02667-REB-NYW

ALFONSO A. ALARID,

    Plaintiff,

v.

BIOMET, INC.,
BIOMET ORTHOPEDICS, LLC,
BIOMET MANUFACTURING, LLC,

    Defendants.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
TO WITHDRAW CERTAIN AFFIRMATIVE DEFENSES**

**Blackburn, J.**

The matter before me is **Defendants' Unopposed Motion To Withdraw Certain Affirmative Defenses** [#105],[1] filed January 14, 2016. After careful review of the motion and the file, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants' Unopposed Motion To Withdraw Certain Affirmative Defenses** [#105], filed January 14, 2016, is granted; and

2. That the affirmative defenses enumerated as 1, 5, 6, 7, 9, 12, 13, 14, 17, 20, 21, 22, 26, 30, 34, 36, 37, 38, 39, 40, 43, 45, 48, and 50 are withdrawn from the **Amended Answer and Affirmative Defenses of Defendants Biomet, Inc., Biomet Orthopedics, LLC, and Biomet Manufacturing, LLC** [#38], filed April 3, 2015.

---

[1] "[#105]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated January 20, 2016, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge