**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-02667-REB-NYW

ALFONSO A. ALARID,

      Plaintiff,
v.

BIOMET, INC.,
BIOMET ORTHOPEDICS, LLC,
BIOMET MANUFACTURING, LLC,

      Defendants.

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS**
(Filed under Level 1 Restriction)

**Blackburn, J.**

The matter is before me on the **Plaintiff's Motion To File Under Restriction Level One**[1] [#83][2] filed October 20, 2015 The requirements of D.C.COLO.LCivR 7.2 have been satisfied. A showing of compelling reasons has been made. No objections have been filed. Thus, **Exhibit A** [#83-1] filed October 20, 2015, is entitled to Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b). ("Level 1 limits access to the parties and the court").

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion To File Under Restriction Level One** [#83] filed October 20, 2015, is granted;

2. That **Exhibit A** [#83-1] filed October 20, 2015, shall be maintained under

---

[1] Improperly designated on the docket as "First Motion for Leave To Appeal Magistrate Judge Wang's Order (DKT #70)"

[2] "[#83]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b); and

    3. That this order shall be filed and maintained under Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b).

    Dated February 4, 2016, at Denver, Colorado.

**BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge