**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02667-REB-NYW

ALFONSO A. ALARID,

      Plaintiff,

v.

BIOMET, INC.,
BIOMET ORTHOPEDICS, LLC, and
BIOMET MANUFACTURING, LLC.,

      Defendants.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered. It is

ORDERED that judgment enters in favor of plaintiff, Alfonso Alarid, and against defendants, Biomet, Inc., Biomet Orthopedics, LLC, and Biomet Manufacturing, LLC, pursuant to Fed. R. Civ. P. 68(a) in the amount of $350,000, inclusive of all damages and liabilities of any kind claimed in the action, all claims for attorney fees, all claims for fees associated with expert witnesses, and any other costs accrued to date that might be recoverable in this action.; it is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of .47% from the date of entry of judgment.

    Dated at Denver, Colorado this 5th day of February, 2016.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk

**BY THE COURT:**

s/ Robert E. Blackburn
United States District Judge